**No. 50453.**—Protests 100650–K, etc., of Foster Canning Co., Inc. (New York).

Opinion by KEEFE, J.    It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein.    In accordance therewith the protests were sustained as claimed.

**No. 50454.**—Protest 111815–K/12702 of Standard Fruit & Steamship Co. (New Orleans).

Opinion by KEEFE, J.    At the trial the witness for the plaintiff admitted that the certificate of exportation was not filed within the bonded period or at any time before the liquidation of the entry, as required by the customs regulations. Government counsel moved to dismiss the protest upon the ground that it was not filed in accordance with section 514, pointing out that the entry was liquidated on February 1, 1944, and the protest was not filed until May 23, 1944. Inasmuch as the liquidation here complained about became final and conclusive upon all persons on March 31, 1944, it was held that a protest subsequently filed may not be legally acted upon by this court.    The motion to dismiss was therefore granted.

**No. 50455.**—Protest 111817–K/12671 of Standard Fruit & Steamship Co. (New Orleans).

Opinion by KEEFE, J.    At the trial counsel for the Government moved to dismiss the protest as untimely.    An examination of the entry papers disclosed that the entry was liquidated on February 22, 1944, and the protest was not filed until May 1, 1944.    Under the provisions of section 514, the last day upon which protest may legally be filed expired on April 22.    The motion of Government to dismiss was therefore granted.